UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LAWRENCE BANCROFT,<br><br>Plaintiff,<br><br>v.<br><br>I. GARZA, et al.,<br><br>Defendants. | Case No. 1:17-cv-01444-DAD-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 22) |

On July 25, 2018, Plaintiff Cameron Lawrence Bancroft, and Defendants I. Garza, A. Alafa, E. Tindle, F. Briseno, and H. Robles filed a stipulation for voluntary dismiss of the entire action with prejudice (ECF No. 22). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __July 27, 2018__        /s/ _Erica P. Grosjean_
                          UNITED STATES MAGISTRATE JUDGE